# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERREL WILLIAMS, | No. 2:19-CV-2611-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| DIRECTOR OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The order, ECF No. 13, and findings and recommendations, ECF No. 12, both issued on October 27, 2021, are hereby clarified to reflect that this action proceeds on Plaintiff's first amended complaint at ECF No. 8.

IT IS SO ORDERED.

Dated:  October 27, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1