IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERREL WILLIAMS, | No. 2:19-CV-2611-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| WONG, | |
| Defendant. | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action. Pending before the Court is Defendant's motion, ECF No. 26, to modify the March 3, 2022, scheduling order. Because this is Defendant's first request to modify the schedule, the Court considers Defendant's motion ex parte pursuant to Eastern District of California Local Rule 144(c). Good cause appearing therefor based on counsel's declaration indicating the need for additional time to re-set Plaintiff's deposition after Plaintiff failed to appear at his deposition originally noticed for June 3, 2022, Defendant's motion is granted. The Court will extend the discovery cut-off deadline for purposes of taking Plaintiff's deposition only and will also extend the dispositive motions filing deadline.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion, ECF No. 26, to modify the scheduling order is granted;

2. The deadline to take Plaintiff's oral or written deposition is extended to August 5, 2022;

3. Any motions to compel related to Plaintiff's deposition shall be filed on or before October 4, 2022;

4. Except for taking Plaintiff's deposition, discovery is otherwise closed; and

5. Dispositive motions shall be filed on or before November 3, 2022.

Dated: June 7, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE