IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERREL WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>WONG,<br><br>    Defendant. | No. 2:19-CV-2611-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action. Pending before the Court is Defendant's unopposed motion, ECF No. 27, to compel Plaintiff's attendance at his deposition.

Defendant states that Plaintiff has failed to attend his duly noticed deposition. See ECF No. 27. Defendant seeks an order compelling Plaintiff to attend his deposition. See id. The motion to compel was filed on June 7, 2022. See id. As of August 4, 2022, Plaintiff had not filed any opposition to Defendant's motion and the Court issued a minute order informing Plaintiff that the failure to file an opposition could be construed as consent to the relief requested in Defendant's motion. See ECF No. 29. The Court provided Plaintiff an additional 30 days to file an opposition. To date, Plaintiff has not filed an opposition to Defendant's motion, which will now be granted. If Plaintiff fails to attend his deposition in compliance with this order, the Court will entertain a motion for terminating sanctions.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to compel, ECF No. 27, is granted;

2. Plaintiff is ordered to attend his deposition within 60 days of the date of this order upon proper notice by Defendant.

Dated: October 18, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE